**From:** Standards Director <standardsdirector@kkg.org>
**To:** REDACTED
**Sent:** Monday, October 16, 2023 at 12:45:59 PM CDT
**Subject:** Kappa Kappa Gamma Membership Status



October 16, 2023

Dear Patsy,

As Standards Director, I write in response to your letter to provide you additional information that you requested. Specifically, you have requested more information pertaining to the conduct giving rise to the cited policy violations.
As identified in my letter dated September 12, 2023, your dismissal is being considered for violations of the Use of Membership Lists and Contact Information Policy, Internet Policy, Local Regional or National Media Policy, Social Media Guidelines, Speaking for the Fraternity Policy, and the Human Dignity Policy. Additional information is included in the Reminder to Alumna letter dated July 7, 2023.

Specifically, Kappa has a Use of Membership Lists and Contact Information Policy. That Policy provides that membership lists and member contact information available through the Kappa website, including names, emails, phone numbers, and mailing addresses, may only be used by Kappa alumna members in conducting the Fraternity business and shall not be used in non-Fraternity business or furnished to or used by anyone outside of the Fraternity. We have received complaints from Kappa alumna members that have been solicited by you and others that you have organized to donate money for the crowd funding site. Your use of member contact information to solicit donations to fund litigation against Kappa is a clear violation of Kappa's policy.

Exhibit 17

For example, on August 5, 2023, you sent an email to Alumnae Association Presidents entitled "Case for Gamma Omicron KKG Lawsuit" including a "case statement" soliciting donations to fund litigation against the Fraternity. Additionally, on August 22, 2023, you sent an email to Alumnae Association Presidents entitled "Response to Letter from Council." Further, on August 27, 2023, an email was sent by Jeleen Guttenberg, including your signature, to Alumnae Association Presidents and other Kappa members entitled "Wyoming Litigation Update." Each of these communications was forwarded to Kappa by members who received it expressing complaints and concerns due to the content.

Further, Kappa has a Local, Regional or National Media Policy. That Policy requires individuals secure the approval of Kappa Kappa Gamma Headquarters before participating in any local, regional, or national media. We have become aware of multiple instances, examples of which are identified below, in which you have spoken to media about the ongoing litigation in a manner that is injurious to the organization and perpetuates harmful stereotypes and false information without seeking approval from Kappa Kappa Gamma Headquarters.

Additionally, there is a Speaking for the Fraternity Policy that provides that members shall not speak for the Fraternity. In making the statements to media, you have directly referenced your former role with Kappa Kappa Gamma. This could be construed as an attempt to lend the impression that you have the authority to speak on behalf of the organization, which you do not.

Examples of these violations include the following:

April 4, 2023: participation in PRNewswire Article, Attorney for the Plaintiffs in Kappa Case Weighs In: KAPPA KAPPA GAMMA SISTERS FILE LAWSUIT AGAINST SORORITY TO DEFEND WOMEN'S RIGHTS TO SINGLE-SEX CLUBS, in which you spoke with the media, claiming association with Kappa, without approval.

April 25, 2023: participation in The Federalist article, Judge Forces Sorority Girls To Disclose Identities To Stop Disturbing 'Trans' Male From Moving Into Their House, in which you spoke with the media, claiming association with Kappa, without approval.

June 15, 2023: participation in The Epoch Times article, Wyoming Sorority Sisters Sue Fraternity for Inducting Biological Male as First 'Trans' Member, in which you spoke with the media, claiming association with Kappa, without approval.

June 22, 2023: participation in National Review article, Women-Only Spaces Must Resist the Transgender Assault, in which you spoke with the media, claiming association with Kappa, without approval.

September 7, 2023: participation in FoxNews interview, in which you spoke with the media, claiming association with Kappa, without approval.

Finally, Kappa has a Human Dignity policy, which provides that all members are expected to promote integrity, respect and regard for others, and appreciation for the worth of all individuals. Any member who makes discriminatory, inflammatory, or inappropriate actions based on race, national

origin, religion, disability, age, gender identity, sexual orientation or other class protected by local, state/provincial, or federal law shall be subject to dismissal or other disciplinary action. The aforementioned communications and statements to media evince clear and deliberate violations of this policy in your discriminatory treatment of a transgender member and the validity and right to existence of transgender people in general.

Regarding your question pertaining to Standing Rule 7.4, subd. B, on or about August 11, 2023, as Standards Director, I received a formal complaint from an alumna member identifying the aforementioned violations. On or about August 17, 2023, I received a second formal complaint from another alumna member citing similar concerns. In response to those complaints as well as the informal complaints from members regarding the unsolicited emails, an investigation was conducted, resulting in confirmation of the information outlined herein, and a determination was made that dismissal may be justified.

You now have the opportunity to submit a response presenting any arguments or pertinent information that you wish to be considered by Fraternity Council in its deliberations. Please provide any written response to me at **StandardsDirector@kkg.org**. In order to be considered, I must receive your response by October 26, 2023. If you desire, I can also schedule a time to meet with you in which you can present your defense verbally. Let me know by October 20, 2023 if you want to have a meeting to present your defense. Following the Council vote, you will receive a notice of the action taken.

Please don't hesitate to reach out to me if you have any questions.


Loyally,



**Jessica Coffield**
*Fraternity Standards Director*

**Kappa Kappa Gamma**
925.549.1217 |
kappa.org