| | |
|---|---|
| **Subject** | Kappa Kappa Gamma Membership Status |
| **From** | Kappa Kappa Gamma HQ |
| **To:** | REDACTED |
| **Date** | Today at 9:46 AM |



Nov. 01, 2023

Dear Ms. Levang:

The Fraternity Council of Kappa Kappa Gamma has reviewed all relevant materials related to your violation of Fraternity standards and taken a final vote. At this time, I regret to inform you that you have been dismissed from the Fraternity as of October 29, 2023.

The Fraternity regrets the necessity of this action.

Sincerely,

Kari Kittrell Poole

Kari Kittrell Poole
Executive Director

Exhibit 21