UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Patsy Levang, *et al.*,

    Plaintiffs,

v.

Kappa Kappa Gamma Fraternity, *et al.*,

    Defendants.

Case No. 2:24-cv-316

Judge Michael H. Watson

Magistrate Judge Jolson

## ORDER

This case is **STAYED** pending the United States Court of Appeals for the Tenth Circuit's decision in the appeal from *Westenbroek v. Kappa Kappa Gamma Fraternity*, No. 23-cv-51-ABJ, 2023 WL 5533307 (D. Wy. Aug. 25, 2023). The parties are **ORDERED** to file a joint notice upon issuance of the Tenth Circuit's decision and to attach a copy of the same. No argument or position statement may accompany the notice and attachment.

Additionally, the parties are **REMINDED** to abide strictly by the Court's standing orders. Although Defendants were granted leave to exceed the Court's page limitations, the Court did not utilize the proposed Order on the same, Plaintiffs made no similar request, Plaintiffs were therefore not granted leave, and their response brief therefore violates the Court's standing orders. Nonetheless, in this particular instance, the Court *sua sponte* grants Plaintiffs leave to exceed the page limits and will accept Plaintiffs' non-conforming response brief.

Finally, recognizing that the parties will debate the importance of the below on the merits of the lawsuit, within **THREE DAYS** of the lifting of the stay in this case, Plaintiffs are **ORDERED** to file a notice, not to exceed two pages, that pincites: (1) where in the Fraternity's articles of incorporation, bylaws, or rules the term "woman" is defined; (2) where in the articles of incorporation, bylaws, or rules the fraternity is dedicated to being "single-sex" (as opposed to single-gender or women-only); and (3) which article of incorporation, bylaw, or rule requires the Fraternity Council to submit for vote its interpretation of a bylaw or rule. If, as Defendants argue, the term is undefined, the Fraternity has not defined itself as "single sex," and there is no rule requiring Fraternity Council's interpretation to be submitted for a vote, Plaintiffs explicitly shall so concede.

**IT IS SO ORDERED.**

*/s/ Michael H. Watson*
**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**