**Query**    **Reports**    **Utilities**    **Help**    **What's New**    **Log Out**

TERMED,TRANSF

# U.S. District Court
## District of Wyoming (Cheyenne)
## CIVIL DOCKET FOR CASE #: 2:24-cv-00267-ABJ

| | |
|---|---|
| Levang et al v. Kappa Kappa Gamma Fraternity et al | Date Filed: 12/19/2024 |
| Assigned to: Honorable Alan B Johnson | Date Terminated: 01/16/2026 |
| Referred to: US Magistrate Judge Stephanie A Hambrick | Jury Demand: Plaintiff |
| Case in other court: Ohio Southern, 2:24-cv-00316 | Nature of Suit: 190 Contract: Other |
| Cause: 28:1332 Diversity-Other Contract | Jurisdiction: Diversity |

**Plaintiff**

**Patsy Levang**             represented by    **Angela M Lavin**
Wegman Hessler Valore
6055 Rockside Woods Blvd.
Suite 200
Cleveland, OH 44131
216-642-3342
Fax: 216-642-8826
Email: amlavin@wegmanlaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jay R Carson**
Wegman Hessler Valore
6055 Rockside Woods Blvd.
Suite 200
Cleveland, OH 44131
216-642-3342
Fax: 216-642-8826
Email: jrcarson@wegmanlaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Rick L Koehmstedt**
Koehmstedt Law Firm, LLC
Wyoming
1551 Three Crowns Drive
Suite 100
Casper, WY 82604
307-333-1401
Email: rick@klflegalteam.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John G Knepper**

LAW OFFICE OF JOHN G KNEPPER
LLC
Post Office Box 1512
Cheyenne, WY 82003
307-632-2842
Email: John@KnepperLLC.com
*TERMINATED: 04/30/2025*

**Sylvia May Mailman**
Independent Women's Law Center
4 Weems Lane
Room 312
Winchester, VA 22601
202-807-9986
Fax: 855-579-2029
*TERMINATED: 01/22/2025*
*PRO HAC VICE*

**Plaintiff**

**Cheryl Tuck-Smith**                    represented by    **Angela M Lavin**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *PRO HAC VICE*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Jay R Carson**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *PRO HAC VICE*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Rick L Koehmstedt**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **John G Knepper**
                                                            (See above for address)
                                                            *TERMINATED: 04/30/2025*

                                                            **Sylvia May Mailman**
                                                            (See above for address)
                                                            *TERMINATED: 01/22/2025*
                                                            *PRO HAC VICE*

**Plaintiff**

**Susan Jennings**                       represented by    **Angela M Lavin**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *PRO HAC VICE*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Jay R Carson**
                                                            (See above for address)

*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Rick L Koehmstedt**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John G Knepper**
(See above for address)
*TERMINATED: 04/30/2025*

**Sylvia May Mailman**
(See above for address)
*TERMINATED: 01/22/2025*
*PRO HAC VICE*

**Plaintiff**

**Margo Knorr**                          represented by   **Angela M Lavin**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jay R Carson**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Rick L Koehmstedt**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John G Knepper**
(See above for address)
*TERMINATED: 04/30/2025*

**Sylvia May Mailman**
(See above for address)
*TERMINATED: 01/22/2025*
*PRO HAC VICE*

**Plaintiff**

**Karen Pope**                           represented by   **Angela M Lavin**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jay R Carson**
(See above for address)

*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Rick L Koehmstedt**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John G Knepper**
(See above for address)
*TERMINATED: 04/30/2025*

**Sylvia May Mailman**
(See above for address)
*TERMINATED: 01/22/2025*
*PRO HAC VICE*

**Plaintiff**

**Ann Witt**                          represented by **Angela M Lavin**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jay R Carson**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Rick L Koehmstedt**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John G Knepper**
(See above for address)
*TERMINATED: 04/30/2025*

**Sylvia May Mailman**
(See above for address)
*TERMINATED: 01/22/2025*
*PRO HAC VICE*

V.

**Defendant**

**Kappa Kappa Gamma Fraternity**     represented by **Brian W. Dressel**
VORYS SATER SEYMOUR AND PEASE
LLP
52 E. Gay Street
Columbus, OH 43215

614-464-8326
Fax: 614-719-5241
Email: bwdressel@vorys.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Natalie Marie McLaughlin , I**
VORYS SATER SEYMOUR AND PEASE
LLP
52 East Gay Street
Columbus, OH 43215
614-464-5452
Fax: 614-719-5252
Email: nmmclaughlin@vorys.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Stuart R Day**
WILLIAMS PORTER DAY & NEVILLE
159 North Wolcott, Suite 400
P O Box 10700
Casper, WY 82602
307/265-0700
Fax: 307/266-2306
Email: sday@wpdn.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**President Mary Pat Rooney**          represented by  **Brian W. Dressel**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Natalie Marie McLaughlin , I**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stuart R Day**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Maria Brown**          represented by  **Brian W. Dressel**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Natalie Marie McLaughlin , I**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stuart R Day**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Nancy Campbell**                    represented by    **Brian W. Dressel**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Natalie Marie McLaughlin , I**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stuart R Day**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Vice President Barb Goettleman**                    represented by    **Brian W. Dressel**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Natalie Marie McLaughlin , I**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stuart R Day**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Liz Wong**                    represented by    **Brian W. Dressel**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Natalie Marie McLaughlin , I**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Stuart R Day**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Kyle Donnelly**                    represented by    **Brian W. Dressel**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Natalie Marie McLaughlin , I**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stuart R Day**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Beth Black**                       represented by    **Brian W. Dressel**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Natalie Marie McLaughlin , I**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stuart R Day**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/25/2024 | 1 | COMPLAINT with JURY DEMAND against All Defendants filed by Ann Witt, Susan Jennings, Cheryl Tuck-Smith, Margo Knorr, Patsy Levang, Karen Pope (Filing fee $ 405 paid - receipt number: AOHSDC-9783927) (Attachments: # 1 Civil Cover Sheet, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11, # 13 Exhibit 12, # 14 Exhibit 13, # 15 Exhibit 14, # 16 Exhibit 15, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23, # 24 Exhibit 24, # 25 Exhibit 25, # 26 Exhibit 26, # 27 Exhibit 16) (Lavin, Angela) [Transferred from Ohio Southern on 12/19/2024.] (Attachment 1 replaced on 12/19/2024) (Court Staff, sjlg). Modified text on 12/19/2024 (Court Staff, sbh). (Entered: 01/25/2024) |

| 01/25/2024 | 2 | MOTION to File Document Under Seal by Plaintiffs Susan Jennings, Margo Knorr, Patsy Levang, Karen Pope, Cheryl Tuck-Smith, Ann Witt. (Lavin, Angela) [Transferred from Ohio Southern on 12/19/2024.] (Entered: 01/25/2024) |
|---|---|---|
| 01/25/2024 | 3 | Rule 7.1(a)(2) Disclosure Statement by Plaintiffs Susan Jennings, Margo Knorr, Patsy Levang, Karen Pope, Cheryl Tuck-Smith, Ann Witt. (Lavin, Angela) [Transferred from Ohio Southern on 12/19/2024.] (Entered: 01/25/2024) |
| 01/25/2024 | | Filing fee: $ 200, receipt number AOHSDC-9784088. (Lavin, Angela) [Transferred from Ohio Southern on 12/19/2024.] (Entered: 01/25/2024) |
| 01/25/2024 | 4 | MOTION for Leave to Appear Pro Hac Vice (Filing fee of $200 paid, receipt number AOSDC-9784088) of Sylvia May Mailman by Plaintiffs Susan Jennings, Margo Knorr, Patsy Levang, Karen Pope, Cheryl Tuck-Smith, Ann Witt. (Attachments: # 1 Exhibit 1 - Certificate of Good Standing) (Lavin, Angela) [Transferred from Ohio Southern on 12/19/2024.] (Entered: 01/25/2024) |
| 01/25/2024 | 5 | REQUEST for Issuance of Summons. (Attachments: # 1 Summons Form Mary Pat Rooney, # 2 Summons Form Maria Brown, # 3 Summons Form Nancy Campbell, # 4 Summons Form Liz Wong, # 5 Summons Form Beth Goettelman, # 6 Summons Form Kyle Donnelly, # 7 Summons Form Beth Black) (Lavin, Angela) [Transferred from Ohio Southern on 12/19/2024.] (Main Document 5 and Attachments 1-7 replaced with flattened version on 12/27/2024) (Court Staff, sbh). (Entered: 01/25/2024) |
| 01/26/2024 | 6 | NOTATION ORDER granting 4 Motion for Leave to Appear Pro Hac Vice of Sylvia May Mailman as co-counsel. Co-counsel is directed to register for e-filing through PACER unless they have done so previously. Signed by Magistrate Judge Kimberly A. Jolson on 1/26/2024. (mas) [Transferred from Ohio Southern on 12/19/2024.] (Entered: 01/26/2024) |
| 01/26/2024 | 7 | Summons Issued as to Beth Black, Maria Brown, Nancy Campbell, Kyle Donnelly, Barb Goettelman, Kappa Kappa Gamma Fraternity, Mary Pat Rooney, Liz Wong. (mas) [Transferred from Ohio Southern on 12/19/2024.] Modified text on 12/19/2024 (Court Staff, sbh). (Entered: 01/26/2024) |
| 01/26/2024 | 8 | ORDER granting 2 Motion to File Document Under Seal. Plaintiffs may file both Exhibit 4 and Exhibit 5 to the complaint under seal. However, as this litigation progresses, the Court might revisit this question. Signed by Magistrate Judge Kimberly A. Jolson on 1/26/2024. (er) [Transferred from Ohio Southern on 12/19/2024.] (Entered: 01/26/2024) |
| 01/31/2024 | 9 | Sealed EXHIBIT 4 re 1 Complaint filed by Plaintiffs Susan Jennings, Margo Knorr, Patsy Levang, Karen Pope, Cheryl Tuck-Smith, Ann Witt. (Lavin, Angela)[Transferred from Ohio Southern on 12/19/2024.] Modified entry restriction and link on 12/19/2024 (Court Staff, sbh). (Entered: 01/31/2024) |
| 01/31/2024 | 10 | Sealed EXHIBIT 5 re 1 Complaint filed by Plaintiffs Susan Jennings, Margo Knorr, Patsy Levang, Karen Pope, Cheryl Tuck-Smith, Ann Witt. (Lavin, Angela)[Transferred from Ohio Southern on 12/19/2024.] Modified entry restriction and link on 12/19/2024 (Court Staff, sbh). (Entered: 01/31/2024) |
| 02/06/2024 | 11 | WAIVER OF SERVICE Returned Executed. Waiver sent to Beth Black on 2/1/2024, answer due 4/1/2024. (Lavin, Angela) [Transferred from Ohio Southern on 12/19/2024.] (Entered: 02/06/2024) |
| 02/06/2024 | 12 | WAIVER OF SERVICE Returned Executed. Waiver sent to Maria Brown on 2/1/2024, answer due 4/1/2024. (Lavin, Angela) [Transferred from Ohio Southern on 12/19/2024.] (Entered: 02/06/2024) |

| 02/06/2024 | 13 | WAIVER OF SERVICE Returned Executed. Waiver sent to Nancy Campbell on 2/1/2024, answer due 4/1/2024. (Lavin, Angela) [Transferred from Ohio Southern on 12/19/2024.] Modified text on 12/19/2024 (Court Staff, sbh). (Entered: 02/06/2024) |
|---|---|---|
| 02/06/2024 | 14 | WAIVER OF SERVICE Returned Executed. Waiver sent to Barb Goettleman on 2/1/2024, answer due 4/1/2024. (Lavin, Angela) [Transferred from Ohio Southern on 12/19/2024.] (Entered: 02/06/2024) |
| 02/06/2024 | 15 | WAIVER OF SERVICE Returned Executed. Waiver sent to Kyle Donnelly on 2/1/2024, answer due 4/1/2024. (Lavin, Angela) [Transferred from Ohio Southern on 12/19/2024.] (Entered: 02/06/2024) |
| 02/06/2024 | 16 | WAIVER OF SERVICE Returned Executed. Waiver sent to Kappa Kappa Gamma Fraternity on 2/1/2024, answer due 4/1/2024. (Lavin, Angela) [Transferred from Ohio Southern on 12/19/2024.] (Entered: 02/06/2024) |
| 02/06/2024 | 17 | WAIVER OF SERVICE Returned Executed. Waiver sent to Mary Pat Rooney on 2/1/2024, answer due 4/1/2024. (Lavin, Angela) [Transferred from Ohio Southern on 12/19/2024.] (Entered: 02/06/2024) |
| 02/06/2024 | 18 | WAIVER OF SERVICE Returned Executed. Waiver sent to Liz Wong on 2/1/2024, answer due 4/1/2024. (Lavin, Angela) [Transferred from Ohio Southern on 12/19/2024.] (Entered: 02/06/2024) |
| 03/28/2024 | 19 | Corporate Disclosure Statement by Defendant Kappa Kappa Gamma Fraternity. (Dressel, Brian) [Transferred from Ohio Southern on 12/19/2024.] (Entered: 03/28/2024) |
| 03/28/2024 | 20 | Unopposed MOTION for Leave to File Excess Pages by Defendants Beth Black, Maria Brown, Nancy Campbell, Kyle Donnelly, Barb Goettleman, Kappa Kappa Gamma Fraternity, Mary Pat Rooney, Liz Wong. (Attachments: # 1 Proposed Order) (Dressel, Brian) [Transferred from Ohio Southern on 12/19/2024.] Modified text on 12/19/2024 (Court Staff, sbh). (Entered: 03/28/2024) |
| 03/29/2024 | 21 | NOTICE of Hearing:<br><br>Pretrial Conference set for 4/23/2024 10:30 AM in Teleconference before Magistrate Judge Kimberly A. Jolson. (jr) [Transferred from Ohio Southern on 12/19/2024.] (Entered: 03/29/2024) |
| 03/29/2024 | 22 | NOTICE of Appearance by Natalie M McLaughlin for Defendants Beth Black, Maria Brown, Nancy Campbell, Kyle Donnelly, Barb Goettleman, Kappa Kappa Gamma Fraternity, Mary Pat Rooney, Liz Wong (McLaughlin, Natalie)[Transferred from Ohio Southern on 12/19/2024.] Modified text on 12/19/2024 (Court Staff, sbh). (Entered: 03/29/2024) |
| 04/01/2024 | | Defendants' motion for excess pages 20 is GRANTED. Defendants' forthcoming memorandum shall not exceed twenty-five pages and shall not include a summary of the argument or table of authorities by Judge Michael H. Watson on 4/1/2024. (jk) [Transferred from Ohio Southern on 12/19/2024.] (Entered: 04/01/2024) |
| 04/01/2024 | 23 | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM by Defendants Beth Black, Maria Brown, Nancy Campbell, Kyle Donnelly, Barb Goettleman, Kappa Kappa Gamma Fraternity, Mary Pat Rooney, Liz Wong. (Dressel, Brian) [Transferred from Ohio Southern on 12/19/2024.] Modified text on 12/19/2024 (Court Staff, sbh). (Entered: 04/01/2024) |
| 04/16/2024 | 24 | Joint MOTION to Continue by Defendants Beth Black, Maria Brown, Nancy Campbell, Kyle Donnelly, Barb Goettleman, Kappa Kappa Gamma Fraternity, Mary Pat Rooney, Liz Wong. (Attachments: # 1 Proposed Order) (Dressel, Brian)[Transferred from Ohio |

| | | |
|---|---|---|
| | | Southern on 12/19/2024.] Modified text on 12/19/2024 (Court Staff, sbh). (Entered: 04/16/2024) |
| 04/17/2024 | 25 | NOTATION ORDER granting 24 Motion to Continue Preliminary Pretrial Conference and Rule 26(f) Report Deadline. The Preliminary Pretrial Conference set for 4/23/24 is VACATED. Should this case survive the pending motion to dismiss (Doc. 23 ), the Parties are ORDERED to file a Rule 26(f) Report within 14 days of a ruling on the motion. Signed by Magistrate Judge Kimberly A. Jolson on 4/17/24. (jr) [Transferred from Ohio Southern on 12/19/2024.] (Entered: 04/17/2024) |
| 04/22/2024 | 26 | RESPONSE in Opposition re 23 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM filed by Plaintiffs Susan Jennings, Margo Knorr, Patsy Levang, Karen Pope, Cheryl Tuck-Smith, Ann Witt. (Lavin, Angela) [Transferred from Ohio Southern on 12/19/2024.] (Entered: 04/22/2024) |
| 05/06/2024 | 27 | REPLY to Response to Motion re 23 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM filed by Defendants Beth Black, Maria Brown, Nancy Campbell, Kyle Donnelly, Barb Goettleman, Kappa Kappa Gamma Fraternity, Mary Pat Rooney, Liz Wong. (Attachments: # 1 Declaration of Natalie M. McLaughlin, # 2 Ex. A to McLaughlin Decl. - Wyom. Am. Compl., # 3 Ex. B to McLaughlin Decl. - Wyom. Resp. to Mot. to Dismiss, # 4 Ex. C to McLaughlin Decl. - Wyom. 10th Cir. Appellees' Br.) (Dressel, Brian) [Transferred from Ohio Southern on 12/19/2024.] Modified text on 12/19/2024 (Court Staff, sbh). (Entered: 05/06/2024) |
| 06/03/2024 | 28 | ORDER STAYING CASE. Signed by Judge Michael H. Watson on 6/3/2024. (jk) [Transferred from Ohio Southern on 12/19/2024.] (Entered: 06/03/2024) |
| 06/12/2024 | 29 | STATUS REPORT *Joint Notice of Decision* by Defendants Beth Black, Maria Brown, Nancy Campbell, Kyle Donnelly, Barb Goettleman, Kappa Kappa Gamma Fraternity, Mary Pat Rooney, Liz Wong. (Attachments: # 1 Tenth Cir. Op. - Westenbroek, et al. v. Kappa Kappa Gamma Fraternity, et al.) (Dressel, Brian) [Transferred from Ohio Southern on 12/19/2024.] Modified text on 12/19/2024 (Court Staff, sbh). (Entered: 06/12/2024) |
| 07/03/2024 | 30 | OPINION and ORDER - The Court LIFTS the stay and ORDERS the parties to show cause. Signed by Judge Michael H. Watson on 7/3/2024. (jk) [Transferred from Ohio Southern on 12/19/2024.] (Entered: 07/03/2024) |
| 07/05/2024 | 31 | NOTICE re 28 Order Staying Case by Plaintiffs Susan Jennings, Margo Knorr, Patsy Levang, Karen Pope, Cheryl Tuck-Smith, Ann Witt (Lavin, Angela) [Transferred from Ohio Southern on 12/19/2024.] (Entered: 07/05/2024) |
| 07/08/2024 | 32 | AMENDED NOTICE *Corrected Notice* re 31 Notice (Other) by Plaintiffs Susan Jennings, Margo Knorr, Patsy Levang, Karen Pope, Cheryl Tuck-Smith, Ann Witt (Lavin, Angela) Modified text on 7/9/2024 (mas).[Transferred from Ohio Southern on 12/19/2024.] (Entered: 07/08/2024) |
| 07/12/2024 | 33 | NOTICE *filed on behalf of all Parties* re 30 Order by Plaintiffs Susan Jennings, Margo Knorr, Patsy Levang, Karen Pope, Cheryl Tuck-Smith, Ann Witt (Lavin, Angela) [Transferred from Ohio Southern on 12/19/2024.] (Entered: 07/12/2024) |
| 07/15/2024 | 34 | NOTATION ORDER - The parties are ORDERED to submit simultaneous briefs pertaining to the preclusion issue, per the Court's 7/3/2024 Opinion and Order (Doc. 30 at 9), on or before 8/2/2024. Signed by Magistrate Judge Kimberly A. Jolson on 7/15/24. (jr) [Transferred from Ohio Southern on 12/19/2024.] (Entered: 07/15/2024) |
| 07/22/2024 | 35 | MOTION Certify Question of State Law to State Supreme Court by Plaintiffs Susan Jennings, Margo Knorr, Patsy Levang, Karen Pope, Cheryl Tuck-Smith, Ann Witt. (Carson, Jay) [Transferred from Ohio Southern on 12/19/2024.] (Entered: 07/22/2024) |

| 08/02/2024 | 36 | NOTICE *of filing Transcript* by Plaintiffs Susan Jennings, Margo Knorr, Patsy Levang, Karen Pope, Cheryl Tuck-Smith, Ann Witt (Attachments: # 1 Exhibit A - Transcript of Oral Argument) (Lavin, Angela) [Transferred from Ohio Southern on 12/19/2024.] (Entered: 08/02/2024) |
|---|---|---|
| 08/02/2024 | 37 | BRIEF by Plaintiffs Susan Jennings, Margo Knorr, Patsy Levang, Karen Pope, Cheryl Tuck-Smith, Ann Witt. (Carson, Jay) [Transferred from Ohio Southern on 12/19/2024.] (Entered: 08/02/2024) |
| 08/02/2024 | 38 | BRIEF by Defendants Beth Black, Maria Brown, Nancy Campbell, Kyle Donnelly, Barb Goettleman, Kappa Kappa Gamma Fraternity, Mary Pat Rooney, Liz Wong. (Dressel, Brian) [Transferred from Ohio Southern on 12/19/2024.] Modified text on 12/19/2024 (Court Staff, sbh). (Entered: 08/02/2024) |
| 08/12/2024 | 39 | RESPONSE in Opposition re 35 MOTION Certify Question of State Law to State Supreme Court filed by Defendants Beth Black, Maria Brown, Nancy Campbell, Kyle Donnelly, Barb Goettleman, Kappa Kappa Gamma Fraternity, Mary Pat Rooney, Liz Wong. (Dressel, Brian) [Transferred from Ohio Southern on 12/19/2024.] Modified text on 12/19/2024 (Court Staff, sbh). (Entered: 08/12/2024) |
| 08/26/2024 | 40 | REPLY to Response to Motion re 35 MOTION Certify Question of State Law to State Supreme Court filed by Plaintiffs Susan Jennings, Margo Knorr, Patsy Levang, Karen Pope, Cheryl Tuck-Smith, Ann Witt. (Carson, Jay) [Transferred from Ohio Southern on 12/19/2024.] (Entered: 08/26/2024) |
| 10/23/2024 | 41 | NOTICE *of Supplemental Authority* re 35 MOTION Certify Question of State Law to State Supreme Court by Plaintiffs Patsy Levang, Cheryl Tuck-Smith, Susan Jennings, Margo Knorr, Karen Pope, Ann Witt (Carson, Jay)[Transferred from Ohio Southern on 12/19/2024.] (Entered: 10/23/2024) |
| 12/19/2024 | 42 | OPINION and ORDER - The Court directs the Clerk to TRANSFER the case to the United States District Court for the District of Wyoming and TERMINATE the case on this Court's docket. Signed by Judge Michael H. Watson on 12/19/2024. (jk) [Transferred from Ohio Southern on 12/19/2024.] (Entered: 12/19/2024) |
| 12/19/2024 | | Case transferred to District of Wyoming. Case file and docket sheet sent Electronically. (jk) [Transferred from Ohio Southern on 12/19/2024.] (Entered: 12/19/2024) |
| 12/19/2024 | 43 | Case transferred in from District of Ohio Southern. Case Number 2:24-cv-00316. (Entered: 12/19/2024) |
| 12/19/2024 | 44 | (TEXT-ONLY) Notice of Judge Assignment. The case has been assigned to the Honorable Alan B. Johnson (presiding) and Magistrate Judge Scott P. Klosterman (referral). (Court Staff, sbh) (Entered: 12/19/2024) |
| 12/19/2024 | 45 | ORDER OF RECUSAL by the Honorable Scott P Klosterman. US Magistrate Judge Scott P Klosterman recused. Case reassigned to US Magistrate Judge Stephanie A Hambrick for all further referral proceedings. (Court Staff, sbrr) (Entered: 12/19/2024) |
| 12/23/2024 | 46 | (TEXT-ONLY) ORDER by the Honorable Alan B Johnson. This case was transferred from the Southern District of Ohio to the District of Wyoming on December 19, 2024. No counsel of record is a member of the Federal Bar in Wyoming. Therefore, this Court orders that within 21 days of this Order, parties shall associate with local counsel to be admitted pro hac vice into this District. (See Local Rule 84.2). (Court Staff, ssw) Mailed to Plaintiff's Counsel. (Court Staff, ssw). (Entered: 12/23/2024) |
| 01/03/2025 | 47 | NOTICE of Attorney Appearance by Stuart R Day on behalf of Nancy Campbell, Barb Goettleman, Liz Wong, Kyle Donnelly, Beth Black, Kappa Kappa Gamma Fraternity, Mary |

| | | |
|---|---|---|
| | | Pat Rooney, Maria Brown (Day, Stuart) (Entered: 01/03/2025) |
| 01/06/2025 | 48 | NOTICE of Attorney Appearance by John G Knepper on behalf of Patsy Levang, Cheryl Tuck-Smith, Susan Jennings, Margo Knorr, Karen Pope, Ann Witt (Knepper, John) (Entered: 01/06/2025) |
| 01/06/2025 | 49 | MOTION REFERRED TO Judge Stephanie A Hambrick. First MOTION for Angela M. Lavin to appear pro hac vice; Check not tendered; filed by Plaintiffs Patsy Levang, Cheryl Tuck-Smith, Susan Jennings, Margo Knorr, Karen Pope, Ann Witt. (Attachments: # 1 Affidavit)(Knepper, John) (Entered: 01/06/2025) |
| 01/06/2025 | 50 | MOTION REFERRED TO Judge Stephanie A Hambrick. First MOTION for Jay R. Carson to appear pro hac vice; Check not tendered; filed by Plaintiffs Patsy Levang, Cheryl Tuck-Smith, Susan Jennings, Margo Knorr, Karen Pope, Ann Witt. (Attachments: # 1 Affidavit)(Knepper, John) (Entered: 01/06/2025) |
| 01/07/2025 | 51 | MOTION REFERRED TO Judge Stephanie A Hambrick. MOTION for Brian W. Dressel to appear pro hac vice; Check tendered; filed by Defendants Nancy Campbell, Barb Goettleman, Liz Wong, Kyle Donnelly, Beth Black, Kappa Kappa Gamma Fraternity, Maria Brown. (Attachments: # 1 Exhibit, # 2 Proposed Order)(Day, Stuart) (Entered: 01/07/2025) |
| 01/07/2025 | 52 | MOTION REFERRED TO Judge Stephanie A Hambrick. MOTION for Natalie M. McLaughlin to appear pro hac vice; Check tendered; filed by Defendants Nancy Campbell, Barb Goettleman, Liz Wong, Kyle Donnelly, Beth Black, Kappa Kappa Gamma Fraternity, Mary Pat Rooney, Maria Brown. (Attachments: # 1 Exhibit, # 2 Proposed Order)(Day, Stuart) (Entered: 01/07/2025) |
| 01/07/2025 | 53 | ORDER by the US Magistrate Judge Stephanie A. Hambrick granting 49 , 50 MOTIONS for Angela M. Lavin and Jay R. Carson to appear pro hac vice on behalf of Plaintiffs Margo Knorr, Patsy Levang, Ann Witt, Karen Pope, Cheryl Tuck-Smith, Susan Jennings (Order emailed to phv counsel on this date) (Court Staff, sbh) (Entered: 01/07/2025) |
| 01/07/2025 | 54 | ORDER by the US Magistrate Judge Stephanie A. Hambrick granting 51 , 52 MOTIONS for Brian W. Dressel and Natalie M. McLaughlin to appear pro hac vice on behalf of Defendants Barb Goettleman, Beth Black, Nancy Campbell, Maria Brown, Kappa Kappa Gamma Fraternity, Mary Pat Rooney, Kyle Donnelly, Liz Wong (Court Staff, sbh) (Entered: 01/07/2025) |
| 01/07/2025 | | FINANCIAL ENTRY: $100 Pro Hac Vice Fee Paid (Receipt #2-4097 for the total amount of $200 received) On Behalf of Brian W. Dressel and Natalie M. McLaughlin. (Court Staff, smek) (Entered: 01/13/2025) |
| 01/08/2025 | 55 | (TEXT-ONLY) NOTICE of Hearing VIA ZOOM - <br><br> NOTE: <br><br> 1. This proceeding will be held via Zoom Video/Web Conferencing with all participants appearing remotely; the Zoom ID and Passcode will be provided separately to the participants email address of record. <br><br> 2. Participants should connect to the proceeding 15 minutes prior to its scheduled start time to allow for troubleshooting of any connectivity issues. <br><br> 3. To ensure the record is of the best quality, participants are encouraged to utilize a headset to reduce static and background noise. If not using a headset, participants must ensure the audio feed at their location is muted when not speaking. |

***REMINDER: Recording or broadcasting of this hearing is prohibited***

**Status Conference set for 1/29/2025 at 9:30 AM before Honorable Alan B. Johnson.** (Court Staff, sbh) (Entered: 01/08/2025)

| 01/10/2025 | 56 | Notice of Pro Hac Vice Attorney Appearance by Jay R Carson on behalf of Patsy Levang, Cheryl Tuck-Smith, Susan Jennings, Margo Knorr, Karen Pope, Ann Witt (Carson, Jay) Modified to add filers on 1/10/2025 (Court Staff, sbh). (Entered: 01/10/2025) |
|---|---|---|
| 01/10/2025 | 57 | Notice of Pro Hac Vice Attorney Appearance by Angela M Lavin on behalf of Patsy Levang, Cheryl Tuck-Smith, Susan Jennings, Margo Knorr, Karen Pope, Ann Witt (Filing fee $ 100, receipt number AWYDC-2560910) (Lavin, Angela) (Entered: 01/10/2025) |
| 01/16/2025 | 58 | MOTION REFERRED TO Judge Stephanie A Hambrick. MOTION for Order to Permit Withdrawal of May Mailman as Counsel for Plaintiffs filed by Plaintiffs Patsy Levang, Cheryl Tuck-Smith, Susan Jennings, Margo Knorr, Karen Pope, Ann Witt. (Lavin, Angela) (Entered: 01/16/2025) |
| 01/16/2025 | 59 | (TEXT-ONLY) ORDER by the US Magistrate Judge Stephanie A Hambrick denying 58 Motion to Withdraw as Counsel for failure to comply with Local rule 84.3(c). (Court Staff, scat) (Entered: 01/16/2025) |
| 01/22/2025 | 60 | MOTION REFERRED TO Judge Stephanie A Hambrick. MOTION to Withdraw as Attorney *Renewed Motion to Permit Withdrawal of May Mailman as Counsel for Plaintiffs* filed by Plaintiffs Patsy Levang, Cheryl Tuck-Smith, Susan Jennings, Margo Knorr, Karen Pope, Ann Witt. (Lavin, Angela) (Entered: 01/22/2025) |
| 01/22/2025 | 61 | ORDER by the US Magistrate Judge Stephanie A Hambrick GRANTING Plaintiffs' 60 Motion to Withdraw as Attorney. (Court Staff, sbjk) (Entered: 01/22/2025) |
| 01/27/2025 | 62 | NOTICE *of Filings* by Plaintiffs Patsy Levang, Cheryl Tuck-Smith, Susan Jennings, Margo Knorr, Karen Pope, Ann Witt (Attachments: # 1 Exhibit 12-30-24 Plaintiffs' Motion for Reconsideration, # 2 Exhibit 1-15-25 Defendants' Response to Plaintiffs' Motion for Reconsideration, # 3 Exhibit 1-27-25 Case Opening Letter and Petition for Writ of Mandamus) (Lavin, Angela) (Attachment 3 flattened and replaced on 1/28/2025) (Court Staff, stmo). Modified text on 1/28/2025 (Court Staff, stmo). (Entered: 01/27/2025) |
| 01/29/2025 | 63 | MINUTES for proceedings held before Honorable Alan B. Johnson: Status Conference held on 1/29/2025 (Court Reporter: Melanie Sonntag) (Court Staff, sbh) (Entered: 01/29/2025) |
| 01/29/2025 | 64 | (TEXT-ONLY) NOTICE of Hearing VIA ZOOM -<br><br>NOTE:<br><br>1. This proceeding will be held via Zoom Video/Web Conferencing with all participants appearing remotely; the Zoom ID and Passcode will be provided separately to the participants email address of record.<br><br>2. Participants should connect to the proceeding 15 minutes prior to its scheduled start time to allow for troubleshooting of any connectivity issues.<br><br>3. To ensure the record is of the best quality, participants are encouraged to utilize a headset to reduce static and background noise. If not using a headset, participants must ensure the audio feed at their location is muted when not speaking.<br><br>***REMINDER: Recording or broadcasting of this hearing is prohibited*** |

| | | |
|---|---|---|
| | | **Status Conference set for 3/24/2025 at 9:30 AM before Honorable Alan B. Johnson.** (Court Staff, sbh) (Entered: 01/29/2025) |
| 02/14/2025 | | FINANCIAL ENTRY: PAYMENT OF $100 RECEIVED FOR PRO HAC VICE FEE FOR JAY R CARSON. RECEIPT 2-4257. (Court Staff, smek) (Entered: 02/14/2025) |
| 03/21/2025 | 65 | NOTICE *of Decision of U.S. District Court for the Southern District of Ohio Dismissing Motion for Want of Jurisdiction* by Defendants Beth Black, Maria Brown, Nancy Campbell, Kyle Donnelly, Barb Goettleman, Kappa Kappa Gamma Fraternity, Mary Pat Rooney, Liz Wong (Attachments: # 1 Exhibit A - Order Dismissing Motion) (Dressel, Brian) Modified text on 3/24/2025 (Court Staff, sbh). (Entered: 03/21/2025) |
| 03/24/2025 | 66 | MINUTES for proceedings held before Honorable Alan B. Johnson: Status Conference held on 3/24/2025 (Court Reporter: Melanie Sonntag) (Court Staff, sbh) (Entered: 03/24/2025) |
| 03/24/2025 | 67 | (TEXT-ONLY) NOTICE of Hearing VIA ZOOM - <br><br> NOTE: <br><br> 1. This proceeding will be held via Zoom Video/Web Conferencing with all participants appearing remotely; the Zoom ID and Passcode will be provided separately to the participants email address of record. <br><br> 2. Participants should connect to the proceeding 15 minutes prior to its scheduled start time to allow for troubleshooting of any connectivity issues. <br><br> 3. To ensure the record is of the best quality, participants are encouraged to utilize a headset to reduce static and background noise. If not using a headset, participants must ensure the audio feed at their location is muted when not speaking. <br><br> ***REMINDER: Recording or broadcasting of this hearing is prohibited.*** <br><br> **Status Conference set for 5/23/2025 at 9:30 AM before Honorable Alan B Johnson.** (Court Staff, ssw) (Entered: 03/24/2025) |
| 03/28/2025 | 68 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Status Conference Proceedings and Argument on Pending Motions held on 3/24/2025 before Judge Alan B. Johnson. To purchase a copy of this transcript, please contact Court Reporter Melanie Sonntag, phone (307)433-2169 or email MelanieSonntagCRR@gmail.com. A party must file a Notice of Intent to Request Redaction within 7 calendar days. If a party fails to request redaction, the unredacted transcript attached to this entry will be made available electronically without redaction. <br><br> **THIS TRANSCRIPT MUST NOT BE ATTACHED AS AN EXHIBIT OR MADE PART OF AN APPENDIX. See Local Rule 30.1(g).** <br><br> Notice of Intent to Redact due 4/4/2025. Notice of Redaction Request due 4/18/2025. Redacted Transcript Deadline set for 4/28/2025. Release of Transcript Restriction set for 6/26/2025. (Humphrey-Sonntag, Melanie) (Entered: 03/28/2025) |
| 04/01/2025 | 69 | NOTICE of Attorney Appearance by Rick L Koehmstedt on behalf of Susan Jennings, Margo Knorr, Patsy Levang, Karen Pope, Cheryl Tuck-Smith, Ann Witt (Koehmstedt, Rick) (Entered: 04/01/2025) |
| 04/30/2025 | 70 | NOTICE *Notice of Withdrawal Pursuant to Local Rule 84.3(c)* by Plaintiffs Susan Jennings, Margo Knorr, Patsy Levang, Karen Pope, Cheryl Tuck-Smith, Ann Witt |

1/23/26, 1:02 PM

| | | |
|---|---|---|
| | | (Knepper, John) (Entered: 04/30/2025) |
| 05/23/2025 | 71 | MINUTES for proceedings held before Honorable Alan B Johnson: Status Conference held on 5/23/2025. (Court Reporter Melanie Sonntag.) (Court Staff, sbrr) (Entered: 05/23/2025) |
| 05/30/2025 | 72 | NOTICE *of Order entered by the U.S. Court of Appeals for the Sixth Circuit* by Plaintiffs Susan Jennings, Margo Knorr, Patsy Levang, Karen Pope, Cheryl Tuck-Smith, Ann Witt (Attachments: # 1 US Court of Appeals, Sixth Circuit, Order dated 05.30.25) (Lavin, Angela) (Entered: 05/30/2025) |
| 06/24/2025 | 73 | NOTICE *of Responses Filed in the United States Court of Appeals for the Sixth Circuit* by Defendants Beth Black, Maria Brown, Nancy Campbell, Kyle Donnelly, Barb Goettleman, Kappa Kappa Gamma Fraternity, Mary Pat Rooney, Liz Wong (Attachments: # 1 Ex. A - Judge Watson Response, # 2 Ex. B - Defendants Response) (Dressel, Brian) (Entered: 06/24/2025) |
| 12/16/2025 | 74 | NOTICE *of Sixth Circuit Opinion* by Plaintiffs Susan Jennings, Margo Knorr, Patsy Levang, Karen Pope, Cheryl Tuck-Smith, Ann Witt (Attachments: # 1 Exhibit 10-03-25 6th Circuit Opinion) (Lavin, Angela) (Entered: 12/16/2025) |
| 01/16/2026 | 75 | ORDER from USDC-Southern District of Ohio requesting re-transfer of case back to their Court in accordance with the Sixth Circuit's Decision (Court Staff, sbh) (Entered: 01/16/2026) |
| 01/16/2026 | 76 | (TEXT-ONLY) ORDER by the Honorable Alan B. Johnson. Pursuant to the Sixth Circuit's Order, and request from the District Court, this Court finds that it appropriate to transfer this case back to the Southern District of Ohio. (Court Staff, sbh) (Entered: 01/16/2026) |