Rick L. Koehmstedt, Wyoming Bar No. 6-3101
KOEHMSTEDT LAW FIRM, LLC
1551 Three Crowns Drive, Suite 100
Casper, WY 82604
(307) 333-1401 | Fax: (307) 333-1348
rick@klflegalteam.com
*Attorney for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| PATSY LEVANG, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 2:24-cv-00267-ABJ |
| ) | |
| ) | |
| KAPPA KAPPA GAMMA ) | |
| FRATERNITY, et al. ) | |
| ) | |
| Defendants. ) | |

## ENTRY OF APPEARANCE

COMES NOW Rick L. Koehmstedt of Koehmstedt Law Firm, LLC and hereby enters his appearance on behalf of Plaintiffs in this matter.

DATED this 1st day of April, 2025.

*/s/  Rick L. Koehmstedt*
Rick L. Koehmstedt, Wyoming Bar No. 6-3101
KOEHMSTEDT LAW FIRM, LLC
1551 Three Crowns Drive, Suite 100
Casper, WY 82604
(307) 333-1401
(307) 333-1348 fax
rick@klflegalteam.com

**CERTIFICATE OF SERVICE**

    This is to certify that on the 1st day of April, 2025, the undersigned served the within and foregoing *Entry of Appearance* by electronic service via CM/ECF to all counsel of record.

    */s/ Rick L. Koehmstedt*